**Petition for Writ of Mandamus Dismissed and Opinion filed October 13, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00742-CV

---

## IN RE TE'QUANDRA JACK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-61048**

---

## MEMORANDUM OPINION

On September 20, 2016, relator Te'Quandra Jack filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Charley Prine, presiding judge of the 246th District Court of Harris County, to set aside his Order of Capias, signedSeptember 20, 2016.

On October 5, 2016, real party-in-interest David Jack filed a motion to dismiss the petition for writ of mandamus, indicating that the petition is moot because the trial court signed an order on September 22, 2016, reversing the Order of Capias.. Relator also filed a notice with this court indicting that the trial court had withdrawn the Order of Capias.

It appears from the facts stated in the real party-in-interest's motion to dismiss and the relator's notice that the petition for writ of mandamus is now moot. Accordingly, we dismiss the petition.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.

2